# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**　　　　　　　　　　　　　　　　　　**CIVIL SECTION**
**CLERK OF COURT**　　　　　　　　　　　　　　　　　　　　404-215-1655

October 22, 2008

Clerk
State Court of Fulton County
185 Central Avenue
Atlanta GA  30303

　　　　Re:　*Annie Carter Boykin v. Tenet South Fulton County*
　　　　　　Your Case Number: 2008EV005419H

Dear :Clerk

　　Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.

　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　James N. Hatten
　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　By:*s/Velma Shanks*
　　　　　　　　　　　　　　　Deputy Clerk

Enclosure